This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-38198

**MELANIE BLYTHE GREENHAM,**

Petitioner-Appellant,

v.

**SANTIAGO GREENHAM RODRIGUEZ,**

Respondent-Appellee.

**APPEAL FROM THE DISTRICT COURT OF VALENCIA COUNTY**
**Allen R. Smith, District Court Judge**

Melanie Greenham
Los Lunas, NM

Pro Se Appellant

Lisa A. Torraco
Albuquerque, NM

for Appellee

## MEMORANDUM OPINION

**HANISEE, Chief Judge.**

**{1}**     This Court issued an opinion on July 21, 2020, which is hereby withdrawn and replaced with this opinion, following the granting of a motion for rehearing. Summary affirmance in part, reversal in part, was thereafter proposed for the reasons stated in the second notice of proposed summary disposition. No memorandum opposing summary affirmance in part, reversal in part, has been filed and the time for doing so has expired. **AFFIRMED IN PART, REVERSED IN PART.**

**{2}     IT IS SO ORDERED.**

**J. MILES HANISEE, Chief Judge**

**WE CONCUR:**

**KRISTINA BOGARDUS, Judge**

**BRIANA H. ZAMORA, Judge**